# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARIO LAMONT JONES,<br><br>　　　　Defendant. | 2:21-cr-00273-GMN-VCF<br><br>**ORDER** |

Before the Court is the motion to reopen detention hearing (ECF NO. 24).

Temporary General Order 2020-05 authorizes the use of video conferencing (or telephone conferencing if video conferencing is not reasonably available) with the consent of the defendant after consultation with counsel.

Accordingly,

IT IS ORDERED that a video conference hearing is scheduled for **1:00 PM, February 7, 2022**, on the motion to reopen detention hearing (ECF NO. 24).

IT FURTHER ORDERED that any response to the motion to reopen detention hearing must be filed on or before January 31, 2022.  No reply necessary.

IT IS ORDERED that defense counsel shall provide all necessary documents to defendant in advance of the hearing.

IT IS FURTHER ORDERED that Defense shall file any necessary signed documents at least ONE (1) Day prior to the scheduled hearing consistent with General Order 2020-05.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

|   |   |
|---|---|
| 1 |   |
| 2 | •	Log on to the call ten (10) minutes prior to the hearing time. |
| 3 | •	Mute your sound prior to entering the hearing. |
| 4 | •	Do not talk over one another. |
| 5 | •	State your name prior to speaking for the record. |
| 6 | •	Do not have others in the video screen or moving in the background. |
| 7 | •	No recording of the hearing. |
| 8 | •	No forwarding of any video conference invitations. |
| 9 | •	Unauthorized users on the video conference will be removed. |

For anyone who is not a party to the action, the call-in telephone number is (888) 273-3658, access code: 3912597, and the phone must be on mute. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. Recording of the proceedings is prohibited.

DATED this 19th day of January 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE