# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:21-cr-00273-GMN-VCF |
| vs. | **ORDER** |
| MARIO JONES, | |
| Defendant. | |

Before the Court is Defendant's Mario Jones' motion to dismiss counsel (ECF No. 41).

The Federal Public Defender was appointed as counsel of record for Mr. Jones on October 29, 2021. (ECF No. 8). Mr. Jones filed the instant motion on his own behalf. (ECF No. 41).

Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Defendant may not file a document on his own behalf. *See* Local Rule IA 11-6(a).

Accordingly,

The Clerk of Court is directed to STRIKE the Defendant's Mario Jones' motion to dismiss counsel (ECF No. 41) from the docket.

IT IS SO ORDERED.

DATED this 17th day of August 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE