SUNETHRA MURALIDHARA, ESQUIRE
Nevada Bar No. 13549
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
smuralidhara@wmllawlv.com
Attorney for Mario Lamont Jones

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00273-GMN-VCF-1 |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| MARIO LAMONT JONES, | **(FIRST REQUEST)** |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed, by and between JASON M. FRIERSON, United States Attorney, by BIANCA R. PUCCI, Assistant United States Attorney, counsel for the United States of America, and MARIO LAMONT JONES, Defendant, by and through his counsel, SUNETHRA MURALIDHARA, ESQUIRE, WRIGHT MARSH & LEVY, that the sentencing hearing currently scheduled for May 30, 2023 at 10:00 a.m. be vacated and set to a date and time convenient to this Court, but no sooner than 60 days from the current sentencing date.

This stipulation is entered into for the following reasons:

1. The Defendant needs additional time to obtain mitigation and prepare for the sentencing hearing.

2. The parties agree to the continuance. Mr. Jones is in pretrial custody and agrees to this requested continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

///

4. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the first request for a continuance of the sentencing hearing.

Dated this 2nd day of May, 2023.

| | |
|---|---|
| WRIGHT MARSH & LEVY | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Sunethra Muralidhara*<br>SUNETHRA MURALIDHARA, ESQUIRE<br>Counsel for Mario Lamont Jones | By */s/ Bianca R. Pucci*<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARIO LAMONT JONES, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 2:21-CR-00273-GMN-VCF-1 <br><br> **ORDER** |

Based on the Stipulation of the parties for and good cause appearing, the sentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IS IT HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for May 30, 2023, at 10:00 a.m., be vacated and continued to  August 8 , 2023, at 10:00 a.m.

Dated:  May 2, 2023 .

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE