RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Rebecca_Levy@fd.org

Attorney for Mario Lamont Jones

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIO LAMONT JONES,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00273-GMN-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and David C. Kiebler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Mario Lamont Jones, that the Revocation Hearing currently scheduled on November 20, 2024 at 9:00 a.m., be vacated and continued to December 16, 2024 at 9:00 a.m. or a date and time convenient to the Court.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The parties need additional time to finalize the terms of a recommended non-hearing resolution.

　　　　2.　　The defendant is not in custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 18th day of November 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ David C. Kiebler*<br>By_____<br>DAVID C. KIEBLER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARIO LAMONT JONES,<br><br>　　　　Defendant. | Case No. 2:21-cr-00273-GMN-VCF<br><br>**ORDER** |

   IT IS ORDERED that the revocation hearing currently scheduled for Wednesday, November 20, 2024 at 9:00 a.m., be vacated and continued to December 16, 2024 at 10:00 a.m.

   DATED this 19 day of November 2024.

_____
UNITED STATES DISTRICT JUDGE