UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>       vs.<br><br>MARIO LAMONT JONES,<br><br>                    Defendant. | Case No.: 2:21-cr-00273-GMN-VCF<br><br>**ORDER** |

Pending before the Court are the Emergency Motion for Reconsideration of Sentence, (ECF No. 84), and Supplemental Motion for Reconsideration, (ECF No. 86), filed by Defendant Mario Lamont Jones ("Defendant"). On December 16, 2024, Defendant was sentenced to 30 days in custody with 32 months of supervised release to follow, (ECF No. 83). Defendant's first Motion for Reconsideration requests that the Court reconsider its sentence and reduce it to credit for time served, 8 days, followed by 32 months of supervised release. (Mot. Reconsideration 6:7–9). His Supplemental Motion requests that the Court order Defendant released from custody from December 27, 2024, until Monday, December 30, 2024, at 12:00 p.m. to permit Defendant to pay respects to his grandfather, Mr. Kenneth Jones, before cremation. The Court confirmed that the viewing will take place on Saturday, December 28, 2024, at 11 a.m., at Affordable Cremation and Burial Services in Las Vegas, Nevada.

The Court has considered the relevant factors presented and declines to reconsider and reduce Defendant's sentence. Accordingly, his Motion for Reconsideration, (ECF No. 84), is **DENIED**.

However, **IT IS HEREBY ORDERED** that Defendant shall be released from custody on Friday, December 27, 2024, through Monday, December 30, 2024, so that he may pay respects to his grandfather. Defendant is **ORDERED** to self-surrender before 12:00 p.m. on December 30, 2024. Accordingly, the Court **GRANTS** Defendant's Supplemental Motion, (ECF No. 86).

**DATED** this  27  day of December, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court