# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

         Plaintiff,

    v.

MARIO LAMONT JONES,

        Defendant.

Case No. 2:21-cr-00273-GMN-VCF-1

**<u>ORDER</u>**

    Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on July 7, 2025 at the hour of 2:00 p.m., be vacated and continued to August 7, 2025 at the hour of 2:00 p.m.

    DATED this  7    day of July, 2025.

_____

UNITED STATES MAGISTRATE JUDGE

3