RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Mario Lamont Jones

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO LAMONT JONES,<br><br>Defendant. | Case No. 2:21-cr-00273-GMN-VCF-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and David Kiebler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Mario Lamont Jones, that the Revocation Hearing currently scheduled on July 9, 2025 be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to engage in negotiations and explore potential non-hearing resolutions.

2. Defense counsel will be out of the district and unavailable August 1, 2025 through August 8, 2025.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested herein is not sought for purposes of delay, but to allow parties to negotiate.

This is the first request for continuance filed herein.

DATED this 3rd day of July, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | */s/ David Kiebler*<br>By_____<br>DAVID KIEBLER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARIO LAMONT JONES,<br><br>    Defendant. | Case No. 2:21-cr-00273-GMN-VCF-1<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on July 9, 2025 at the hour of 10:00 a.m., be vacated and continued to  August 26, 2025  at the hour of 10:00 a.m.

    DATED this  7  day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE