**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARIO LAMONT JONES,<br><br>　　　　Defendant. | Case No. 2:21-cr-00273-GMN-VCF-1<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on July 7, 2025 at the hour of 2:00 p.m., be vacated and continued to  July 15, 2025  at the hour of  10 : 00 a .m.

　　DATED this  10  day of July, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE