**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>MARIO LAMONT JONES,<br><br>      Defendant. | Case No. 2:21-cr-00273-GMN-VCF-1<br><br>**ORDER** |

      Based on the Stipulation of counsel and good cause appearing,

      IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on July 15, 2025 at the hour of 10:00 a.m., be vacated and continued to  August 21, 2025  at the hour of  10:00  a .m.

      DATED this  14  day of July, 2025.

_____
UNITED STATES MAGISTRATE JUDGE