# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARIO LAMONT JONES,<br><br>　　　　Defendant. | Case No. 2:21-cr-00273-GMN-VCF-1<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on August 21, 2025 at the hour of 10:00 a.m., be vacated and continued to September 22, 2025 at the hour of 11:00 a.m.

　　DATED this 19th day of August, 2025.

_____
UNITED STATES MAGISTRATE JUDGE