RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Mario Lamont Jones

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIO LAMONT JONES,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00273-GMN-VCF-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Brianna Chapa, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Mario Lamont Jones, that the Revocation Hearing currently scheduled on August 26, 2025 be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defendant has requested the appointment of new counsel. On August 18, 2025, the Honorable Maximiliano D. Couvillier, III granted that request and CJA counsel will be

appointed to represent Mr. Jones going forward. Additional time is needed for the appointment of new counsel and for new counsel to prepare for the forthcoming hearings.

    2. The defendant is in custody and agrees with the need for the continuance.

    3. The parties agree to the continuance.

    4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

    5. The additional time requested herein is not sought for purposes of delay, but to allow parties to negotiate.

This is the second request for continuance filed herein.

DATED this 18th day of August 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
|   */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender |   */s/ Brianna Chapa*<br>By_____<br>BRIANNA CHAPA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO LAMONT JONES,<br><br>Defendant. | Case No. 2:21-cr-00273-GMN-VCF-1<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on August 26, 2025 at the hour of 10:00 a.m., be vacated and continued to October 29, 2025 at the hour of 11:00 a.m.

DATED this 19 day of August 2025.

_____
UNITED STATES DISTRICT JUDGE

3