JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV  89106
(702) 385-5377 Fax (702) 552-2762
marcheselaw@msn.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case no: 2:21-cr-273-GMN-MDC |
| Plaintiff, | |
| v. | |
| MARIO LAMONT JONES, | |
| Defendant. | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsels for defendant has spoken to his in-custody client and he has no objection to the request for continuance.

2. Counsel for defendant has spoken to United States' counsel and they have no objection to the continuance.

3. Counsel for the defendant starts a murder trial that same date and time in the case of State v Williams, C-24-386063-1.

4.  For all the above-stated reasons, the ends of justice would best be served by a continuance of the Hearing until a date and time convenient to the court, but not sooner than thrity (30) days.

This is the fourth request for continuance filed herein.

**ORDER**

IT IS HEREBY ORDERED that the Hearing currently scheduled for September 22, 2025, at 11:00 a.m., be continued to the __22nd__ day of_____October_____, 2025 at __2:00 P.M.__ , in courtroom __3B__.

DATED this __17th__ day of ____September____, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**